```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RONALD WALLACE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHIMES INTERNATIONAL LIMITED, et al. | : | NO. 25-210 |

## ORDER

AND NOW, this 28th day of October 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Chimes International Limited and Chimes District of Columbia, Inc. for summary judgment (Doc. # 27) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                                J.